IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD L. SPENCE :
 :
v. : CIVIL ACTION NO. 09-3202
 :
RAYMOND J. SOBINA, ET AL. :

**O R D E R**

**AND NOW**, this  30th  day of  March  2011, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, after review of the report and recommendation of United States Magistrate Judge L. Felipe Restrepo, and no objections having been filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

3. A certificate of appealability shall not issue, since for the reasons set forth in the Report and Recommendation, petitioner has not made a substantial showing of the denial of a constitutional right.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**